UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO: 4:20-cv-10145-KMM

PABLO ARIAS,

    Plaintiff,

v.

HAMMERHEAD TERMITE CONTROL, INC.,
a Florida for-profit corporation, and
MARK WEINBERG, individually,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL WITHOUT PREJUDICE**

Plaintiff, PABLO ARIAS ("Plaintiff"), by and through undersigned counsel, and pursuant to *Fed. R. Civ. P. 41,* hereby files his Notice of Voluntary Dismissal *Without Prejudice* against Defendants, HAMMERHEAD TERMITE CONTROL, INC. and MARK WEINBERG, as follows:

Dated this 28th day of December 2020.

Respectfully Submitted,

**USA EMPLOYMENT LAWYERS – JORDAN RICHARDS PLLC**
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
(954) 871-0050
*Counsel for Plaintiff, Pablo Arias*

By: */s/ Melissa Scott, Esq.*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
MELISSA SCOTT, ESQUIRE
Florida Bar No. 1010123
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746
jordan@jordanrichardspllc.com
melissa@jordanrichardspllc.com
jake@jordanrichardspllc.com
april@jordanrichardspllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on December 28, 2020 to all counsel of record.

## SERVICE LIST

**Counsel for Defendants has not appeared.**